

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 8:09CV123 |
| ) | |
| $22,000.00 IN UNITED STATES ) | ORDER |
| CURRENCY, ) | |
| ) | |
| Defendant. ) | |

NOW ON THIS 30th day of June, 2009, this matter comes on before the Court upon the Stipulation of the parties (Filing No 10). The Court reviews the file and the Stipulation, and, being duly advised on the premises, finds as follows:

1. Twelve thousand dollars of the Defendant property should be returned to the Claimant, Eva Kozak, by delivering the same to the trust account of her attorney of record, Alan G. Stoler.

2. Pursuant to this Court's Order dated April 9, 2009 (Filing No. 7), the United States has published notice of its intent to dispose of the property in such a manner as the Attorney General may direct. A Declaration of Publication was filed herein on June 8, 2009 (Filing No. 15). In response to said published notice, no person or entity has filed a Petition setting forth any legal or equitable interest in the Defendant property.

3. The balance of the Defendant property, viz., $10,000.00, should be forfeited to the United States.

4. The parties' Stipulation should be approved.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A. The parties' Stipulation is hereby approved.

B. Twelve thousand dollars of the Defendant property shall be returned to the Claimant, Eva Kozak, by delivering the same to her attorney of record, Alan G. Stoler. The Marshal shall deliver said amount by making payment to Alan G. Stoler's Trust Account.

C. Pursuant to this Court's Order dated April 9, 2009 (Filing No. 7), the United States has published notice of its intent to dispose of the property in such a manner as the Attorney General may direct. A Declaration of Publication was filed herein on June 8, 2009 (Filing No. 15). No person or entity has filed a Petition, in response to said published notice, setting forth any legal or equitable interest in the subject property.

D. The remaining Defendant property, viz., $10,000.00, is hereby forfeited to the United States. All right, title or interest in or to the Defendant property held by any person or entity is hereby forever barred and foreclosed.

E. The Marshal shall dispose of said $10,000.00 in accordance with law.

F. Upon Mr. Stoler's receipt of the $12,000.00, as mentioned above, he shall file a Receipt for said amount. Upon the filing of said Receipt, this Court shall enter a Judgment in this action.

BY THE COURT:

THOMAS D. THALKEN
UNITED STATES MAGISTRATE JUDGE

Prepared and submitted by:

Nancy A. Svoboda (#17429)
Attorney for the Plaintiff
1620 Dodge Street, Suite 1400
Omaha, Nebraska 68102-1506
(402) 661-3700


Approved as to form and content:

$22,000.00 IN UNITED STATES
CURRENCY, Defendant, and
EVA KOZAK, Claimant

By: *(signature)*

ALAN G. STOLER (#15764)
Attorney at Law
1823 Harney St., #1004
Omaha, NE 68102
(402) 346-1733